**Order entered July 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00472-CV

### TODD DYER, ET AL., Appellants

### V.

### MEDOC HEALTH SERVICES, LLC, ET AL., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00822**

## ORDER

Before the Court is appellants' July 27, 2018 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to August 23, 2018.

/s/     DAVID EVANS
         JUSTICE